Anthony Broadman, Bar No. 112417
anthony@galandabroadman.com
Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
PO Box 15146
Seattle, WA 98115
Telephone: (206) 321-2672

Nicole E. Ducheneaux, *Pro Hac Vice*
nducheneaux@bigfirelaw.com
Big Fire Law & Policy Group LLP
1404 Fort Crook Road South
Bellevue, NE 68005-3060
Telephone: (531) 466-8725

Attorneys for Defendant Ho-Chunk, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOHN H. DOSSETT,<br><br>                                 Plaintiff,<br><br>v.<br><br>HO-CHUNK, INC., a tribal corporation formed by the Winnebago Tribe of Nebraska, NOBLE SAVAGE MEDIA, L.L.C, a Limited Liability Company of unknown origin, THE NATIONAL CONGRESS OF AMERICAN INDIANS OF THE UNITED STATES AND ALASKA, an Oklahoma Non For Profit Corporation, and HIGH COUNTRY NEWS, a Colorado Nonprofit Corporation,<br><br>                                 Defendants. | Case No.: 3:19-cv-01386<br><br>DEFENDANT HO-CHUNK, INC.'S RENEWED MOTION TO DISMISS AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE |

## LR-7-1 CERTIFICATION

In compliance with LR-7-1, the parties have made a good faith effort through personal or telephone conferences to resolve the dispute and have been unable to do so.

## MOTION

COMES NOW Defendant Ho-Chunk, Inc. ("HCI"), by and through counsel, and renews its motion to dismiss the instant Complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) based on sovereign immunity from suit. HCI originally moved to dismiss on November 4, 2019 (ECF 35).  HCI renews its motion based upon Dossett's recent communication with the Court, which is discussed in detail in the Memorandum filed herewith. HCI further respectfully requests that this Court Order an expedited briefing schedule on HCI's renewed motion that requires Mr. Dossett to submit any brief in opposition by **Monday, February 24, 2020,** and permits any replies thereto to be filed by **Tuesday, February 25, 2020**. Good cause exists for expedited briefing, as an oral argument is currently scheduled on the original motion to dismiss on at 10:30 a.m. on **Wednesday, February 26, 2020,** and resolution of this question is both ripe and essential to judicial efficiency.

Date: February 21, 2020

By:     s/    *Nicole E. Ducheneaux*
        Nicole E. Ducheneaux, *Pro Hac Vice*
        Big Fire Law & Policy Group LLP
        1404 Fort Crook Road South
        Bellevue, NE 68005
        Telephone: (531) 466-8725
        Facsimile: (531) 466-8792
        Email: nducheneaux@bigfirelaw.com

By:     s/ *Anthony Broadman*
        Anthony Broadman, Bar No. 112417

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
PO Box 15146
Seattle, WA 98115
Telephone: (206) 321-2672
Fascimile: (206) 299- 7690
Email: anthony@galandabroadman.com